UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

HVLPO2, LLC,

    *Plaintiff*,

v.                                               Case No. 4:16cv336-MW/CAS

OXYGEN FROG, LLC, and
SCOTT D. FLEISCHMAN,

    *Defendants.*

_____/

**ORDER DENYING PARTIAL SUMMARY JUDGMENT**

Defendants move for partial summary judgment, "seeking dismissal of all patent infringement claims asserted against them on grounds that the Plaintiff has no competent expert witnesses to meet[] i[t]s burden of preponderance of evidence." ECF No. 72, at 1. In support of their motion, Defendants rely entirely on *Centricut, LLC v. ESAB Group, Inc.*, 390 F.3d 1361 (Fed. Cir. 2004). ECF No. 72, at 2. In *Centricut*, the Federal Circuit held that "in a case involving complex technology, where the accused infringer offers expert testimony negating infringement, the patentee cannot satisfy its burden of proof by relying only on testimony from those who are admittedly not expert in the field."

1

390 F.3d at 1370. Defendants argue that *Centricut* compels dismissal in this case because they have offered expert testimony negating infringement and Plaintiff has no competent expert witness. ECF No. 72.

But this Court has already found that Plaintiff does have a competent expert witness: Mr. Scott Gilmour. *See* ECF No. 93. Moreover, even if Plaintiff did not have a competent witness, *Centricut* would not necessarily compel dismissal in this case. The court's holding in *Centricut* was based on the specific facts of the case, as the court did "not state a per se rule that expert testimony is required to prove infringement when the art is complex."[1] 390 F.3d at 1370.

Accordingly,

**IT IS ORDERED:**

Defendants' motion for summary judgment, ECF No. 72, is **DENIED**.

**SO ORDERED on January 16, 2018.**

                                       s/Mark E. Walker            
                                       **United States District Judge**

---

[1] This Court is not the first to recognize *Centricut*'s circumscribed application. *See Generac Power Sys., Inc. v. Kohler Co.*, No. 11-CV-1120-JPS, 2012 WL 6562153, at *18 (E.D. Wis. Nov. 29, 2012) (discussing *Centricut* and noting that the Federal Circuit "limited its analysis to the specific case before it").