UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

HVLPO2, LLC,

    *Plaintiff*,

v.   Case No. 4:16cv336-MW/CAS

OXYGEN FROG, LLC, and
SCOTT D. FLEISCHMAN,

    *Defendants.*

_____/

**ORDER DENYING PARTIAL SUMMARY JUDGMENT**

Defendants move for partial summary judgment, "seeking dismissal of all patent infringement claims asserted against them for patent claims describing an expansion system." ECF No. 73, at 1. Defendants define these so-called "expansion claims" as "those claims that require two separate systems, each having its own compressor." *Id.* at 2. Defendants argue that they "only sell a unitary system [that is] not designed to be connected as required by the expansion claims and thus there are no reasonable grounds for the Plaintiff's continued pursuit of the expansion claims." *Id.*

But the instruction manual for Defendants' product, the HPC II, refutes Defendants' contention. Specifically, the manual

1

states that the HPC II "has a 120 vac signal outlet to control additional HPC II compressors, on expanded systems." ECF No. 84-8, at 2. As such, it seems that Defendant's product could fall within the meaning of the expansion claims. At the very least, this question involves disputed issues of material fact. "Summary judgment is improper where material factual disputes exist." *Crowell v. City of Eastman*, 859 F.2d 875, 878 (11th Cir. 1988). Accordingly, Defendants' motion for summary judgment, ECF No. 73, is **DENIED**.

    **SO ORDERED on February 1, 2018.**

                                    <u>s/Mark E. Walker</u>
                                    **United States District Judge**