# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

**HVLPO2, LLC,**

    *Plaintiff,*

v.                           Case No. 4:16cv336-MW/CAS

**OXYGEN FROG, LLC, and**
**SCOTT D. FLEISCHMAN,**

    *Defendants.*

_____/

## ORDER DENYING PARTIAL SUMMARY JUDGMENT

Defendants move for partial summary judgment, "seeking invalidation of patent claim 7 of U.S. Patent No. 8,876,941 and [p]atent claim 7 of U.S. Patent No. 9,372,488 in light of prior art." ECF No. 74, at 1. For a patent claim to be invalid in light of prior art, "a prior art reference must disclose every limitation of the claimed invention, either expressly or inherently." *Rapoport v. Dement*, 254 F.3d 1053, 1057 (Fed. Cir. 2001). The only prior art that Defendants cite in their motion is the "Cornette" system. ECF No. 74, at 1. But Defendants admit that the Cornette system only runs on a single circuit.[1] And this Court construed Claim 7 of both

---

[1] Mr. Fleischman (the sole member of Oxygen Frog, LLC) admitted in a deposition that the Cornette system only runs on a single circuit. ECF No. 84-

1

patents to involve a system with *at least two* circuits. ECF No. 104. Thus, the Cornette system does not invalidate Claim 7 of either patent. Accordingly, Defendant's motion, ECF No. 74, is **DENIED**.

**SO ORDERED on March 6, 2018.**

<u>s/Mark E. Walker</u>
**United States District Judge**

---

2, at 17. Defense counsel made the same admission at this Court's joint *Markman*/summary-judgment hearing on March 2, 2018.