# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

HVLPO2, LLC,

     *Plaintiff,*

v.                        **Case No. 4:16cv336-MW/CAS**

OXYGEN FROG, LLC, and
SCOTT D. FLEISCHMAN,

     *Defendants.*

_____/

## STIPULATED PRELIMINARY INJUNCTION AND CLAIM LIMITATION ORDER

The parties jointly move this Court to enter a stipulated preliminary injunction and claim-limitation order. ECF No. 111. A district court "may grant injunctions in accordance with the principles of equity to prevent the violation of any right secured by patent, on such terms as the court deems reasonable." 35 U.S.C. § 283. Ordinarily, a court must ensure that certain factors have been met before it can enter a preliminary injunction. *See, e.g.*, *Mikohn Gaming Corp. v. Acres Gaming, Inc.*, 165 F.3d 891, 894–95 (Fed. Cir. 1998). However, the Federal Circuit has recognized that parties may stipulate that those factors have been satisfied. *See Amgen Inc v. Apotex Inc.*, 827 F.3d 1052, 1066 (Fed. Cir. 2016)

("Because the parties here stipulated to the remaining preliminary-injunction factors, we affirm the district court's grant of a preliminary injunction without addressing those factors." (citation omitted)); *see also United States v. North Carolina*, 192 F. Supp. 3d 620, 629 (M.D.N.C. 2016) ("With the consent of all the parties, . . . courts sometimes enter preliminary injunctions without making any findings regarding the likelihood of success on the merits."). Regardless, this Court finds that the parties' proposed injunction is appropriate under the circumstances.

Accordingly,

**IT IS ORDERED:**

1. This Court enters a preliminary injunction with the following terms:

    a. Defendants, Oxygen Frog, LLC ("Oxygen Frog") and Scott D. Fleischman, may not make, use, market, or sell the products known as the HPC I and the HPC II.

    b. This preliminary injunction is binding on Oxygen Frog and Mr. Fleischman, as well as their officers, agents, servants, employees, attorneys, and all others in active concert or participation with them.

    c. This preliminary injunction shall remain in effect until otherwise agreed upon by the parties or ordered by the Court.

2. This Court approves and adopts the claim-limitation procedures set forth in the parties' joint motion, ECF No. 111, for purposes of the remaining proceedings in this case.

**SO ORDERED on April 3, 2018.**

<u>**s/Mark E. Walker**</u>
**United States District Judge**